```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SUSAN DUBE,                                                             :
                                                                        :
                              Plaintiff,                                :    16-CV-6728 (JMF)
                                                                        :
        -v-                                                             :    ORDER
                                                                        :
SIGNET JEWELERS LIMITED, et al.,                                        :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2016

JESSE M. FURMAN, United States District Judge:

On August 25, 2016, Plaintiff filed a class action lawsuit on behalf of the public stockholders of Signet Jewelers Limited. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act") and Rule 10b-5, promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period . . . .

15 U.S.C. § 78u-4(a)(3)(A)(i).

It is hereby ORDERED that no later than **September 16, 2016**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: August 31, 2016
      New York, New York

JESSE M. FURMAN
United States District Judge