```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :
SUSAN DUBE,                                          :
                                                     :
                              Plaintiff,             :        16-CV-6728 (JMF)
                                                     :
              -v-                                    :        ORDER
                                                     :
SIGNET JEWELERS LIMITED, et al.,                     :
                                                     :
                              Defendants.            :
                                                     :
------------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/01/2016
```

JESSE M. FURMAN, United States District Judge:

On August 25, 2016, Plaintiff filed a class action lawsuit on behalf of purchasers of Signet Jewelers Limited securities between January 7, 2016, and June 3, 2016. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act") and Rule 10b-5, promulgated thereunder.

As explained in the Court's prior Order (Docket No. 5), Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that within twenty days of the filing of the complaint, Plaintiff shall "cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also provides that "not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." *Id.* In addition, the Act requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to

the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members.  *See id.* § 78u-4(a)(3)(B)(i).  In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered.  *See id.* § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel notified the Court in the attached letter that the required notice was published on August 25, 2016.  Members of the purported class therefore have until **October 24, 2016,** to move the Court to serve as lead plaintiffs.  Accordingly, it is hereby ORDERED that a conference shall be held on **November 22, 2016,** at **4:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

It is further ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **November 7, 2016**.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED.

Dated: September 1, 2016
      New York, New York

JESSE M. FURMAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN DUBE, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>SIGNET JEWELERS LIMITED, MARK LIGHT, and MICHELE SANTANA,<br><br>       Defendants. | Case No.: 1:16-cv-06728-JMF<br><br>**RESPONSE TO ORDER** |

**RESPONSE TO ORDER**

PLEASE TAKE NOTICE that Plaintiff Susan Dube ("Plaintiff") hereby responds to this Court's Order, dated August 31, 2016 (ECF No. 5).

On August 25, 2016, at 5:47 p.m. ET, following the filing of the above-captioned action, Plaintiff's counsel, Glancy Prongay & Murray LLP caused to be published on *Business Wire* a press release announcing the pendency of the above-captioned action, the claims asserted therein and the purported class period (the "PSLRA Notice"), pursuant to the requirements of Section 78-u4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A). A true and correct copy of the PSLRA Notice is attached hereto as Exhibit A.

Respectfully submitted,

Dated: August 31, 2016          **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

-and-

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

2

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff*

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN
DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL
ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 31, 2016, I served true and correct copies of the foregoing by posting the documents electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2016, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

# Mailing Information for a Case 1:16-cv-06728-JMF Dube, et al v. Signet Jewelers Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT A

Case 1:16-cv-06728-JMF Document 671 Filed 09/03/116 Page 81 of 92





# Glancy Prongay & Murray LLP Files Securities Class Action Lawsuit Against Signet Jewelers Limited

August 25, 2016 05:47 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of a class (the "Class") consisting of persons and entities that acquired Signet Jewelers Limited ("Signet" or the "Company") (NYSE: SIG) securities between **January 7, 2016 and June 3, 2016** (the "Class Period").

If you are a member of the Class described above, you may move the Court no later than **sixty (60) days from the date of this notice,** to serve as lead plaintiff. Please contact Casey Sadler at 888-773-9224 or 310-201-9150, or at shareholders@glancylaw.com to discuss this matter.

The complaint alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was experiencing difficulty ensuring the safety of customers' jewelry while in the custody of Signet's brands; (2) that employees at stores under at least one of Signet's brands (Kay) were swapping customers' stones for less valuable stones; (3) that the Company was experiencing a drop-off in customer confidence; (4) that the Company was facing increasing competitive pressures; (5) that, as result of the foregoing, the Company's financial performance was being negatively impacted; and (6) that, as a result of the foregoing, Defendants' positive statements about Signet's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Casey Sadler, Esquire, of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, California 90067, at (310) 201-9150, by e-mail to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles
Casey Sadler, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com