```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/3/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Signet Jewelers Limited
Securities Litigation

Case No. 16-CV-6728 (JMF)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on July 5, 2017, the Public Employees' Retirement System of Mississippi ("MissPERS") moved this Court for appointment as Lead Plaintiff and for approval of its selection of lead counsel;

WHEREAS, in an Order dated July 27, 2017, this Court appointed MissPERS as Lead Plaintiff and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class in the above-captioned action;

WHEREAS, this Court further ordered that, by no later than August 3, 2017, Lead Counsel and Counsel for Defendants agree to a stipulation, subject to Court approval, setting forth a proposed schedule for Lead Plaintiff's time to file a third amended complaint or designate the existing complaint as the operative complaint and Defendants' time to respond to such complaint;

WHEREAS, Lead Counsel and Counsel for Defendants have conferred and agreed to a schedule, subject to Court approval, for Lead Plaintiff's time to file a third amended complaint and for Defendants' time to answer or otherwise respond to such complaint;

ACCORDINGLY, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:

1. Lead Plaintiff shall file a third amended complaint (the "Third Amended Complaint") on or before September 29, 2017;

2. Defendants shall answer or otherwise respond to Lead Plaintiff's Third Amended Complaint by December 1, 2017;

3. If Defendants move to dismiss the Third Amended Complaint, Lead Plaintiff shall file any opposition to such motion on or before January 19, 2018, and Defendants shall file any reply in support of such motion on or before February 16, 2018.

Case 1:16-cv-06728-JMF   Document 85   Filed 08/03/17   Page 2 of 2

Dated: August 2, 2017

*signature*  
John Rizio-Hamilton  
BERNSTEIN LITOWITZ  
BERGER & GROSSMANN LLP  
1251 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 554-1400  
Facsimile: (212) 554-1444  
johnr@blbglaw.com

*Lead Counsel for Lead Plaintiff*  
*MissPERS and for the Class*

*signature*  
Joseph S. Allerhand  
Stacy Nettleton  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-9000  
joseph.allerhand@weil.com  
stacy.nettleton@weil.com

*Counsel for Defendants Signet Jewelers*  
*Limited, Michael Barnes, Mark Light,*  
*Ronald Ristau and Michele Santana*

SO ORDERED.  
*signature*  
Hon. Jesse M. Furman  
United States District Judge  
August 3, 2017

Given the generosity of the deadlines, the parties should not expect any extensions.