UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Signet Jewelers Limited Securities Litigation* | Case No. 1:16-CV-06728-JMF |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
THE FOURTH AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon (i) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Fourth Amended Class Action Complaint; (ii) the Declaration of Joseph S. Allerhand, dated January 26, 2018, and the exhibits attached thereto; and (iii) all prior pleadings and proceedings had herein, Defendants Signet Jewelers Limited, Michael Barnes, Virginia Drosos, Mark Light, Ronald Ristau, and Michele Santana, by their undersigned counsel, hereby move this Court, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-5(c), and Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing with prejudice the claims in the Fourth Amended Complaint (ECF No. 96), and for such other and further relief as the Court deems appropriate.

Date:   January 26, 2018
        New York, NY

Respectfully submitted,

/s/ *Joseph S. Allerhand*
Joseph S. Allerhand
Stacy Nettleton
David P. Byeff
Nikolei M. Kaplanov
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

        Facsimile: (212) 310-8007
        Joseph.Allerhand@weil.com
        Stacy.Nettleton@weil.com
        David.Byeff@weil.com
        Nikolei.Kaplanov@weil.com

*Attorneys for Defendants Signet Jewelers Limited, Michael Barnes, Virginia Drosos, Mark Light, Ronald Ristau, and Michele Santana*