BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
ATTORNEYS AT LAW
NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

JOHN RIZIO-HAMILTON
Johnr@blbglaw.com
212-554-1505

**MEMO ENDORSED**

1/4/2019
(1) Judge Ellis has retired
(2) This schedule is not acceptable to me in a 2016 case.
(3) Conference 2/8/19 at 9:45 am, o'clock

January 3, 2019

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Signet Jewelers Limited Securities Litigation*, No. 16-cv-6728 (CM)

Dear Judge McMahon:

We represent Lead Plaintiff the Public Employees' Retirement System of Mississippi in the above-reference matter. We write to inform the Court that the parties have met and conferred concerning a schedule, and agreed upon the enclosed proposed Civil Case Management Plan. The parties respectfully request that the Court enter the proposed Civil Case Management Plan.

We thank the Court for its attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/7/19

Respectfully Submitted,

John Rizio-Hamilton

Enclosure
cc: All attorneys of record (via ECF)