UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Signet Jewelers Limited Securities Litigation* | No. 1:16-cv-06728-CM |

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF A CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, John Rizio-Hamilton, declare as follows:

1. I am a Partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for Lead Plaintiff the Public Employees' Retirement System of Mississippi ("Lead Plaintiff" or "MissPERS"). I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.

2. I respectfully submit this Declaration, together with the attached Exhibits, in support of Lead Plaintiff's Motion for Class Certification and Appointment of a Class Representative and Class Counsel.

3. Attached hereto as Exhibit A is the Expert Report of Michael L. Hartzmark, Ph.D., dated March 15, 2019.

4. Attached hereto as Exhibit B is the Declaration of George W. Neville, Special Assistant Attorney General in the Office of the Attorney General for the State of Mississippi and legal counsel to MissPERS.

5. Attached hereto as Exhibit C is the firm resume of Bernstein Litowitz Berger & Grossmann LLP.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of March, 2019, in New York, New York.

/s/ *John Rizio-Hamilton*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: johnr@blbglaw.com

*Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and Lead Counsel for the Class*

- 2 -