# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

JOHN RIZIO-HAMILTON
johnr@blbglaw.com
(212) 554-1505

March 26, 2020

**VIA ECF**

Chief Judge Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *In re Signet Jewelers Limited Securities Litigation*,
               Civil Action No. 1:16-cv-06728-CM-SDA

Dear Chief Judge McMahon:

      We represent Lead Plaintiff the Public Employees' Retirement System of Mississippi in the above-referenced securities class action (the "Action"). We write to inform the Court that the parties have agreed to settle the Action for $240 million, subject to the Court's approval. Today, Lead Plaintiff filed the following papers in connection with its motion for preliminary approval of the Settlement:

      (a) Notice of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Authorization to Disseminate Notice of Settlement (the "Motion"), which includes as an attachment the Stipulation and Agreement of Settlement agreed to with Defendants;

      (b) Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Authorization to Disseminate Notice of Settlement; and

      (c) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (the "Preliminary Approval Order") agreed to with Defendants.

      If the Court grants preliminary approval of the proposed Settlement, we respectfully request that the Court adopt the proposed schedule contained in the Preliminary Approval Order for mailing and publication of notice to the Class, and for Class Members to submit Claims, request exclusion from the Class, or object to the proposed Settlement. If the Court grants preliminary

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Chief Judge Colleen McMahon
March 26, 2020
Page 2

approval as requested, the only date the Court need schedule is the date for the final Settlement Fairness Hearing. The remaining dates will be based on that hearing date or on the date the Preliminary Approval Order is entered, as set forth in the proposed order and reflected in the chart below.

If the Court agrees with the proposed schedule below, Lead Plaintiff requests that the Court schedule the Settlement Fairness Hearing for a date 110 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter. Thus, if the Court enters the Preliminary Approval Order by Thursday, April 2, 2020, Lead Plaintiff requests that the Settlement Fairness Hearing be scheduled for Tuesday, July 21, 2020, or as soon thereafter as possible. The actual proposed dates stated in the schedule below are based on the Court's entry of the Preliminary Approval Order by April 2, 2020 and the Court setting the Settlement Fairness Hearing for July 21, 2020.

We note that paragraph 81 of the proposed Notice informs Class Members that, due to the evolving situation concerning COVID-19, the Court may decide to hold the Settlement Fairness Hearing telephonically, or to otherwise permit Class Members to participate in the hearing telephonically. The proposed Notice also informs Class Members that, in the event that the Court requires or permits telephonic participation in the Settlement Fairness Hearing, the dial-in number for the hearing will be posted on the Settlement website, and instructs Class Members to check the website for that information prior to the Settlement Fairness Hearing. This procedure will enable Class Members to participate in the Settlement Fairness Hearing if the hearing is held telephonically. Should the Court decide to hold the hearing telephonically, we will follow Your Honor's Procedures For Telephonic Appearances.

| **Event** | **Proposed Timing** |
|---|---|
| Deadline for mailing the Notice and Claim Form to Class Members (which date shall be the "Notice Date") (Preliminary Approval Order ¶ 5(b)) | Thursday, April 30, 2020<br><br>No later than 20 business days after entry of Preliminary Approval Order |
| Deadline for publishing the Summary Notice (Preliminary Approval Order ¶ 5(d)) | Thursday, May 14, 2020<br><br>No later than 10 business days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement and Plan of Allocation and Lead Counsel's application for attorneys' fees and expenses (Preliminary Approval Order ¶ 25) | Tuesday, June 16, 2020<br><br>35 calendar days before the date set for the Settlement Fairness Hearing |

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Chief Judge Colleen McMahon
March 26, 2020
Page 3

| Event | Proposed Timing |
|---|---|
| Deadline for receipt of requests for exclusion or objections (Preliminary Approval Order ¶¶ 12, 16) | Tuesday, June 30, 2020<br><br>21 calendar days before the date set for the Settlement Fairness Hearing |
| Deadline for filing reply papers (Preliminary Approval Order ¶ 25) | Tuesday, July 14, 2020<br><br>7 calendar days before the date set for the Settlement Fairness Hearing |
| Settlement Fairness Hearing (Preliminary Approval Order ¶ 3) | Tuesday, July 21, 2020<br><br>110 calendar days after entry of the Preliminary Approval Order |
| Postmark deadline for submitting Claim Forms (Preliminary Approval Order ¶ 9) | Friday, August 28, 2020<br><br>120 calendar days after the Notice Date |

We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ John Rizio-Hamilton*

John Rizio-Hamilton

cc: All Counsel of Record (via ECF)