UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SIGNET JEWELERS LIMITED SECURITIES LITIGATION | Civil Action No. 1:16-cv-06728-CM-SDA |

**NOTICE OF LEAD COUNSEL'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement entered April 14, 2020, Lead Counsel will and does hereby move this Court, before Chief Judge Colleen McMahon, on July 21, 2020 at 4:00 p.m., for entry of an Order awarding attorneys' fees and litigation expenses. The motion is based on (a) the Declaration of John Rizio-Hamilton in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses; and (c) all other papers and proceedings herein. A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the June 30, 2020 deadline for objecting to the motion has passed.

|  |  |
|---|---|
| Dated:  June 16, 2020 | Respectfully submitted, |

**BERNSTEIN LITOWITZ BERGER  & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*

John Rizio-Hamilton
Rebecca E. Boon
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com
Rebecca.Boon@blbglaw.com

*Lead Counsel for Lead Plaintiff the Public Employees' Retirement System of Mississippi and the Class*

**GADOW TYLER, PLLC**
Jason M. Kirschberg
511 E. Pearl St.
Jackson, MS 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
Email: jason@gadowtyler.com

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*