*In Re Signet Jewelers Limited Securities Litigation*

# Signet Securities Litigation

Civil Action No. 1:16-cv-06728-CM-SDA

Please select one option... ⌄

# WELCOME TO THE SIGNET SECURITIES LITIGATION WEBSITE

The information contained on this website is only a summary of the information presented in more detail in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses. Because this website is just a summary, you should review the Notice for additional details.

The Settlement Fairness Hearing before Judge Colleen McMahon to consider final approval of the Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, and related matters, **which is set for July 21, 2020 at 4:00 p.m., will be conducted by telephone conference.** The Settlement Fairness Hearing is an open proceeding and the public and press are welcome to dial in to the conference, **but must remain silent.** The dial-in number for the conference is 888-363-4749; the Access Code is 9054506.

Please visit this website often to get the most up-to-date information regarding the Settlement Fairness Hearing. You should also monitor the Court's docket for additional updates regarding the Settlement Fairness Hearing.

Cited in In re Signet Jewelers Ltd
1-16-cv-06728 decided 7/21/20
Archived on 7/28/20
Further reproduction is prohibited by copyright.
Further reproduction is prohibited without permission.

# Summary of the Action and Settlement

In this pending securities class action (the "Action") , the Court-appointed Lead Plaintiff, the Public Employees' Retirement System of Mississippi ("Lead Plaintiff"), alleges that defendants Signet Jewelers Limited ("Signet"), Michael Barnes, Virginia Drosos, Mark Light, Ronald Ristau, and Michele Santana (collectively, "Defendants") violated the federal securities laws by making materially misleading statements and omissions about (i) the quality of Signet's credit portfolio for its in-house financing program and (ii) allegations concerning sexual harassment at Signet.  A more detailed description of the Action is set forth in paragraphs 11-27 of the Notice.  Defendants have denied and continue to deny these allegations.

Lead Plaintiff, on behalf of itself and the Class (defined below), has reached a proposed settlement of the Action for $240,000,000 in cash that, subject to final approval by the Court, will resolve all claims in the Action (the "Settlement"). If the Settlement receives final approval from the Court, and the Effective Date occurs, the Net Settlement Fund (i.e., the Settlement Amount, plus any and all interest earned thereon, less court-awarded attorneys' fees and Litigation Expenses, Notice and Administration Costs, any required Taxes, and any other fees or costs approved by the Court) will be distributed in accordance with a plan of allocation that will be approved by the Court and will determine how the Net Settlement Fund shall be allocated to Class Members. The proposed plan of allocation (the "Plan of Allocation") is set forth in paragraphs 55-75 of the Notice.

If you are a member of the Class, your rights will be affected and you may be eligible for a payment from the Settlement.

The Class consists of:

> **all persons and entities who purchased or otherwise acquired Signet common stock during the period from August 29, 2013 to May 25, 2017 (the "Class Period") and who were allegedly damaged thereby (the "Class"), except for certain persons and entities who are excluded from the Class by definition as set forth in paragraph 28 of the Notice.**

Please read the Notice to fully to understand your rights and options.

**If you are a member of the Class, in order to be potentially eligible to receive a payment from the Settlement, you must submit a Claim Form with adequate supporting documentation *postmarked no later than August 28, 2020.***

Payments to eligible claimants will be made only if the Court approves the Settlement and a plan of allocation, and only after any appeals are resolved, and after the completion of all claims processing. Please be patient, as this process will take some time to complete.

---

**YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT:**

---

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** *POSTMARKED* **NO LATER THAN AUGUST 28, 2020.** | This is the only way to be eligible to receive a payment from the Net Settlement Fund. If you are a Class Member and you remain in the Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiff's Claims (defined in paragraph 37 of the Notice) that you have against Defendants and the other Defendants' Releasees (defined in paragraph 38 of the Notice), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS** *RECEIVED* **NO LATER THAN JUNE 30, 2020.** | If you exclude yourself from the Class, you will not be eligible to receive any payment from the Net Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiff's Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS** *RECEIVED* **NO LATER THAN JUNE 30, 2020.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for an award of attorneys' fees and Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Class Member and do not exclude yourself from the Class. |

Cited in: In re Signet Jewelers Limited Securities Litigation.

This document was retrieved on 7/12/2020.
Further reproduction or distribution is prohibited.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **PARTICIPATE IN A HEARING ON JULY 21, 2020 AT 4:00 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN JUNE 30, 2020.** | Filing a written objection and notice of intention to appear by **June 30, 2020** allows you to speak in Court, at the discretion of the Court, either in person or telephonically as required or allowed by the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. **The Settlement Fairness Hearing will be conducted by telephone conference.** The Settlement Fairness Hearing is an open proceeding and the public and press are welcome to dial in to the conference **but must remain silent.** The dial-in number for the conference is 888-363-4749; the Access Code is 9054506. |
| **DO NOTHING.** | If you are a member of the Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Net Settlement Fund. You will, however, remain a member of the Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

# How do I obtain more information?

More detailed information about the Action and the Settlement is contained in the Notice. If you have questions, you may contact the Claims Administrator by calling toll-free 1-888-964-0513; emailing info@SignetSecuritiesLitigation.com; or mailing a letter to:

Signet Securities Litigation
c/o JND Legal Administration
P.O. Box 91189
Seattle, WA 98111

**Inquiries should NOT be directed to the Court, the Clerk of the Court, Defendants, or their counsel.**

# FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

📞 Call
1-888-964-0513

✈ Email
info@SignetSecuritiesLitigation.com

✉ Mail

Signet Securities Litigation
c/o JND Legal Administration
P.O. Box 91189
Seattle, WA 98111

Copyright © 2020 JND. All rights reserved.

[Privacy Policy](#)

Cited in In re Signet Jewelers Ltd
1-16cv06728 Decided 7/21/20
Archived on 7/28/20
This document is protected by copyright.
Further reproduction is prohibited without permission.