UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2024

In Re: Signet Jewelers Limited Securities Litigation         16-cv-6728 (CM)(SDA)

———————————————————————————x

## ORDER

McMahon, J.:

The above-captioned case settled in July 2020. An order approving the distribution plan was filed and signed on November 17, 2021. The Clerk of Court is hereby directed to close this case.

Dated: February 14, 2024

_____
U.S.D.J

BY ECF TO ALL COUNSEL